AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

David Escobar, A.E, a minor )
_Plaintiff(s)_ )
)
v. ) Civil Action No. ABA 25CV2645
)
Tabatha Camacho )
_Defendant(s)_ )

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_
Tabatha Camacho
1503 Signature Dr.
Hanover, MD 21076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Escobar
1628 Severn Run CT
Severn MD 21144

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/10/25

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

David Escobar Jr.,
A.E., a minor

*Plaintiff(s)*

v.   Civil Action No. 25-CV-02645

Chesapeake Lighthouse Foundation, Inc.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chesapeake Lighthouse Foundation (CLF), Inc.
Resident Agent:
Richard C Daniels
4509 Beechwood Rd.
College Park, MD 20740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David Escobar Jr.
1628 Severn Run Ct.
Severn, MD 21144

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/10/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| David Escobar Jr.,<br>A.E., a minor<br><br>*Plaintiff(s)*<br>v.<br>Board of Education of Anne Arundel County<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 25-CV-02645 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Board of Education of Anne Arundel County
2644 Riva Road,
Annapolis, MD 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David Escobar Jr.
1628 Severn Run Ct.
Severn, MD 21144
Plaintiff, Pro Se

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/10/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| David Escobar Jr., A.E., a minor<br><br>*Plaintiff(s)*<br>v.<br>Yilmaz Zayn Ak<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 25-CV-02645 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Serve on: Richard C. Daniels
Resident Agent for Chesapeake Lighthouse Foundation, Inc.
4509 Beechwood Rd
College Park, MD 20740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David Escobar Jr.
1628 Severn Run Ct.
Severn, MD 21144
Plaintiff, Pro Se

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/10/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| David Escobar Jr., A.E., a minor <br><br> *Plaintiff(s)* <br> v. <br> Chesapeake Lighthouse Foundation (CLF) Board Of Directors <br><br> *Defendant(s)* | Civil Action No. 25-CV-02645 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chesapeake Lighthouse Foundation (CLF) Board Of Directors
Resident Agent:
Richard C Daniels
4509 Beechwood Rd.
College Park, MD 20740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David Escobar Jr.
1628 Severn Run Ct.
Severn, MD 21144

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/10/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| David Escobar Jr., A.E., a minor <br><br> *Plaintiff(s)* <br> v. <br> Dr. Mark Bedell <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-CV-02645 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. Mark Bedell
2644 Riva Road
Annapolis, MD 21401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David Escobar Jr.
1628 Severn Run Ct.
Severn, MD 21144
Plaintiff, Pro Se

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/10/25

*Signature of Clerk or Deputy Clerk*