# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DAVID ESCOBAR JR.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No.: 1:25-cv-02645-ABA |
| v. | ) |
| | ) |
| **TABATHA CAMACHO,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants Yilmaz Zayn Ak, Tabatha Camacho, Dr. Mark Bedell, Board of Education of Anne Arundel County, Chesapeake Lighthouse Foundation, and the Chesapeake Lighthouse Foundation Board of Directors (collectively, the "Defendants"), by counsel, pursuant to FED. R. CIV. P. 12(b)(1) and (6), hereby move this Court to dismiss all Counts contained in the Amended Complaint filed by Plaintiff David Escobar Jr. with prejudice. In support thereof, Defendants refer the Court to the accompanying Memorandum of Points and Authorities, which is incorporated herein by reference. A proposed Order is also attached hereto.

Dated: November 5, 2025

Respectfully submitted,

 /s/ *Jenna N. Van Middelem*
Kelly M. Lippincott, Esq. (15931)
Jenna N. Van Middelem, Esq. (30403)
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, VA 22314
202.399.1009
202.800.2999 (Facsimile)
klippincott@grsm.com
jvanmiddelem@grsm.com
*Counsel for Defendants*

1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 5, 2025 copies of the foregoing were e-filed and served on all parties via the Court's e-filing system.

                                                  */s/ Jenna Van Middelem*
                                                  Jenna Van Middelem