# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID ESCOBAR JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:25-cv-02645-ABA |
| v. | ) |
| | ) |
| TABATHA CAMACHO, *et al.* | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF DR. TABATHA CAMACHO

I, Dr. Tabatha Camacho, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am the Principal of Chesapeake Science Point Elementary School ("CSPES").

2. I have personal knowledge of the matters stated herein and am competent to testify to the same.

3. On September 4, 2025, CSPES issued a school-owned Chromebook device to the minor student A.E., daughter of Plaintiff David Escobar Jr. ("Plaintiff"), free of charge, in connection with her educational activities and studies for the 2025-2026 school year.

4. School records reflect that Plaintiff never submitted any personal laptop or other privately owned device to CSPES for configuration, enrollment, or use in the school network.

5. CSPES maintains a "Bring Your Own Device" ("BYOD") policy that encourages, but does not require, students to use personal devices for school purposes. A.E. was not required to participate in the BYOD program, and CSPES provided her with a school-owned Chromebook for her use, free of charge.

1

6.  At no time did CSPES require A.E. (or any other student) to use or configure a personal device as a condition of access to educational programs or resources.

7.  The statements contained herein are true and correct to the best of my knowledge, information, and belief.

Executed on this 4 day of November, 2025, in Hanover, Maryland.

_____
Dr. Tabatha Camacho
Principal, Chesapeake Science Point Elementary School

2