# EXHIBIT 3

# CLF Bring Your Own Device (BYOD) Policy

**Access and Implementation Clarification**
 Families are strongly encouraged to send a Chromebook for continuity between home and school; the school will provide a device for in-school use at no cost when needed.

**What are the benefits of a BYOD program?**
 • Cost efficiency: Reduces the financial burden on the school as students use their own devices.
 • Customized learning: Students can tailor their educational tools to their personal learning styles.
 • Enhanced engagement: Familiarity with personal devices can increase student engagement and efficiency.
 • Parental involvement: Easier for parents to monitor and engage in their child's learning.
 • Real-world skills: Helps students develop digital literacy and technology skills needed in the workforce.

**What is BYOD? What do parents need to do?**
 BYOD stands for Bring Your Own Device. Families are strongly encouraged to send a Chromebook for continuity between home and school; the school will provide a device for in-school use at no cost when needed.

**How does my child register a Chromebook at school?**
 Students must complete the Device Permission Form, which is attached to the regulation.

**How will my child be using the Chromebook during the school day?**
 Students may use registered Chromebooks to complete activities in class, complete homework, collaborate in real time, research projects, access curriculum-related content, keep track of classroom assignments, record journal entries, and participate in other approved instructional activities.

**What about security, theft, or damage?**
 Chromebooks are the sole responsibility of the student. CLF/CSP/CMIT accepts no responsibility for the security or safety of the Chromebook. Students are responsible for the protection and care of their Chromebook. Teachers and other staff will not store or hold Chromebooks. School technology staff or teachers will not provide support, repair, or

troubleshooting services for personal Chromebooks beyond the limited connectivity and management support described below.

**What is the policy on charging personal Chromebooks while at school?**
 It is recommended that Chromebooks come to school with a full charge. Students should be aware that the school is not responsible for providing an opportunity or the necessary power to charge during the school day.

**What applications/software will be used in the classroom?**
 Classroom lessons will be designed to ensure that all students have access to the required tools. For personally owned Chromebooks, the school will enroll the device in its Google management environment to enable secure network access and installation of school-used apps and settings. Enrollment can be removed when the student exits or if the family elects to use a school-provided device.

**What happens if the Chromebook breaks while in school?**
 The student should put the Chromebook away and take it home after school to troubleshoot with their family. Schools have limited resources and cannot provide comprehensive support for personal Chromebooks. The school may provide a loaner device for the day in emergencies, when available, to ensure instruction is not interrupted.

**Will the Chromebook be protected with Internet content filtering?**
 To facilitate instruction and support Internet safety, the Internet connection of CLF schools is protected by an Internet content filter while on school networks.

**Optional Rental Program**
 Devices may be available for rental for a fee each year, with the fee waived for students eligible for Free and Reduced-Price Meals. Students are responsible for the proper care and use of rental devices. Device damage will be assessed at the end of each school year, and students may be charged for any damage incurred during that period.

**Why is the school not providing devices as it used to?**
 During and after the pandemic, many devices were purchased with time-limited federal funds that have expired. The school is focused on ensuring in-school access for every student while allowing families who prefer continuity between home and school to participate in BYOD.

**Recommended Chromebook**
 The school will list recommended Chromebook models and specifications annually.

# CLF Public Charter Schools Electronic Device and BYOD Policy

**II. Procedures**

**A. Definition**
For purposes of this program, "device" refers to a Chromebook.

**B. Student possession/use**

1. Student possession and use of Chromebooks on school property and at school-sponsored events, both on and off campus, is a privilege, not a right.

2. Students may use Chromebooks to participate in teacher-approved activities and for educational purposes, supporting the school curriculum and instructional objectives, such as tracking classroom assignments, conducting research, and engaging in other related class activities.

3. Student possession or use of Chromebooks during the school day may be permitted if the student and parent/legal guardian accept the terms outlined on the Device Permission Form provided by the school and attached as Exhibit 1. School staff reserves the right to revoke privileges associated with this use under any of the following conditions:
   a. Disrupts the learning environment or approved school activity,
   b. Poses a threat to academic integrity,
   c. Violates confidentiality or privacy rights of others during the school day, as well as during after-school activities or the safe transportation of students,
   d. Creates safety concerns,
   e. Violates criminal laws,
   f. Classroom use without teacher permission.

**C. In-school access and loaners**
Each school will provide a device for in-school instructional use at no cost to any student who does not bring one, or who forgot, lost, or cannot use their Chromebook that day. Each school will maintain a simple, same-day checkout and return process, documented and known to staff, to ensure no student is denied instruction due to a lack of a device.

**D. Take-home devices**
The school is not required to provide take-home devices to all students. Students eligible for Free and Reduced-Price Meals, or students with comparable financial hardship, may request a

take-home device at no cost. Rental options may be available for other families who request a school device for personal use at home.

**E. Support for personal Chromebooks**
 School technology staff will prioritize devices issued by CSP/CMIT. Support for personal Chromebooks is limited to network access, Google management enrollment, and basic connectivity. Personally owned Chromebooks must be enrolled in the school's Google management environment to access school networks and receive school-used apps and settings. Enrollment will be removed when the student exits or if the family elects to use a school-provided device instead.

**F. Theft/damage disclaimer**
 The school is not responsible for theft or damage to the Chromebook. Students are encouraged to record the Chromebook's serial number in case of theft, as this information is helpful when reporting the incident to law enforcement.

**G. Conduct and investigations**
 Students found to have violated this regulation are subject to disciplinary action in accordance with the school discipline code and the acceptable use of digital networks and online resources, as outlined in school regulations. A school administrator may take temporary possession of a Chromebook during a student discipline investigation to ensure the integrity of the fact-finding process.

**Approved:**

---

Yilmaz Ak
 CEO

---

# Exhibit 1 — Chromebook Permission Form

I, _____, agree to allow _____ to bring a personally owned Chromebook for instructional use at CMIT/CSP schools.

My signature below acknowledges that I agree to allow my child to use the Chromebook and that CMIT/CSP is not responsible for any device or data loss, theft, damage, or other associated costs of replacement or repair incurred during the school day or at home as a result of participation in this program. I understand that school staff will be unable to store, support, or troubleshoot personal Chromebooks beyond limited connectivity and management support.

For BYOD Chromebooks, I consent to CMIT/CSP enrolling the Chromebook in its Google management system to enable secure network access, filtering, and the installation of school-approved apps and settings. I understand enrollment can be removed by the school when my student exits or if we elect to use a school-provided device instead.

I understand that the purpose of allowing my child to use their Chromebook is to participate in teacher-approved activities and for educational reasons, in support of the CMIT/CSP curriculum, for instructional purposes, such as keeping track of classroom assignments, conducting research, and engaging in other related class activities. Consequences will be imposed in accordance with school regulations governing student behavior and acceptable use of digital networks and online resources.

I understand that under Maryland wiretap and privacy laws, I am not permitted to listen in or record others without their consent. Therefore, it is my responsibility to ensure that recording components are not used during the school day or at school-related activities unless explicitly authorized for an instructional task.

Parent/Guardian Signature _____ Date _____

Student's Acknowledgment
 By signing this Chromebook Permission Form, I acknowledge that I will utilize the Chromebook for instructional purposes and in accordance with Board of Education policies and school regulations while at any CMIT/CSP school or on the school network.

Student Signature _____ Date _____