

# Chesapeake Science Point (K-12)
# Device Usage Agreement



Students will be issued a Chromebook once this agreement is reviewed with parents/guardians, signed, and returned to school. Fees may be assessed for any student who loses or damages a Chesapeake Science Point (CSP) issued device at home or school.

All devices and accessories assigned to students are the property of CSP and on loan to the student. The use of the computing device is a privilege, not a right. Appropriate and responsible use, as outlined in AACPS's student handbook and below, is expected at all times. Inappropriate use will result in loss of privileges and will be subject to disciplinary action at the discretion of the building principal.

## Responsible Use

- Devices are provided for instructional use and school-related activities only.
- Students should bring their fully charged device and power cords to all classes unless specifically instructed not to do so by their teacher.
- Students shall make no attempt to physically adjust, repair, or alter the device, including the installation of file sharing and other unauthorized programs.
- Login and password information should remain private.
- Each device is assigned to an individual student. Students should never allow another student, friend, sibling, or any other person to use their computing device.
- The device and charger should be safeguarded from damage and reasonable steps taken to prevent theft.

## Safe and Appropriate Use

- The student will be held responsible for the careful use and protection of the equipment assigned to him/her.
- Upon request of a school official, the student shall return these items in good condition.
- No personalization on the devices such as (stickers, scratching, graffiti etc.)
- Computing devices should not be used to take pictures without the consent of all persons being photographed.
- Cameras are to be turned off at all times except when being used as part of a class.
- Students will not use a computing device to personally attack, annoy, harass, or bully others. Any such activities will be reported to the appropriate local, state, or federal authorities; and appropriate consequences will be followed as outlined in the Technology Resource Use Regulation are addressed in the AACPS Student Handbook (Code of Student Conduct - Computer Misuse).
- Students should be aware of personal safety when online and take appropriate measures to ensure their safety.

## Technology Usage Fees

- Fees for destruction or damages to devices will be collected online. **No cash or checks will be accepted at the school.**
- All assessments and/or charges for damage to CSP device or charger must be paid immediately. All students are responsible for the repair of the device related to negligence and/or improper use.
- The student's parent/guardian must have signed and returned this Student Device Usage Agreement and paid the annual technology usage fee, if applicable, prior to the student receiving a device. Exceptions may be granted to students who qualify for the Free and Reduced-Price Meals (FARM) program.

**By signing this document, both student and parent acknowledge they have read and agree to the terms laid out in this student device usage agreement and all referenced administrative procedures. A signed copy of this form must be received by the school before a student can be**

issued a device.

## Chesapeake Science Point Elementary/Middle/High School

Replacement Costs
* Pricing is based on current market value. Subject to change.
*Chromebooks - $250*

Device Chargers, Screens, Batteries, and other peripheral devices
Replacement Cost

$100

Student Name Printed: ████████████████

Student ID Number: ████████████          Grade Level ██

Parent/Guardian Name Printed: David Escobar

Parent/Guardian Signature: _[signature]_          Date Signed: 9/9/ 25

## Device Information

**Equipment Information:** Chromebook

**Make:**

**Model:**

**Serial Number:**

Chesapeake Science Point employees reserve the right to randomly inspect any computing device on a regular basis for appropriate usage as outlined in this agreement. This includes, but is not limited to, browser history, email, media, or documents accessed, downloaded, or created. Additionally, parents or legal guardians may be given the student's login name and password so that student use can be monitored. Upon request, I will return the device in proper working condition on the designated date before the end of the year or my last date of enrollment.