

# Chesapeake Lighthouse Foundation
# Regular Board Meeting

Thursday, October 16, 2025 at 7:00 PM

CLF Boardroom 6151 Chevy Chase Drive Laurel MD 20707

## AGENDA

Page

**1.   MEETING OPENING**

      1.1   Call to Order

      1.2   Roll Call

      1.3   Approval of August 21, 2025, meeting minutes.
           Motion to approve the August 21, 2025, meeting minutes as presented.

**2.   PUBLIC COMMENTS**

Members of the public may address the Board with prior registration. Each speaker is allowed 3 minutes to address the Board.

**3.   UPDATES**

      3.1   Update by CLF CEO, Mr. Ak

      3.2   Update by Director of Academics, Mrs. Ozturk

      3.3   Update by STEM Coordinator, Mr. Vadalia

      3.4   Update by Director of Operations, Mr. Derin

      3.5   Update by Director of Finance, Mr. Dogan

**4. ACTION ITEMS**

    4.1    Major Purchase:CSP MS Kitchen equipment - Big equipment
           Management recommendation:  Alto-Hartley Total: $110,962

    4.2    Approval of updatedCLF BYOD Policy

**5. INFORMATION/DISCUSSION ITEM**

    5.1    Board Member Selection Procedures (Information Only)

**6. ADJOURNMENT**

    6.1    Adjourn Meeting
           Motion to adjourn the meeting.