**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DAVID ESCOBAR, JR.,<br>*Plaintiff*,<br><br>v.<br><br>TABATHA CAMACHO, et al.,<br>*Defendants*. | 1:25-cv-02645-ABA |

**ORDER**

The Court has reviewed Plaintiff's Expedited Motion for Injunction Pending Appeal (ECF No. 29) and Defendants' opposition brief (ECF No. 30) and supplemental filing noting that A.E. no longer is enrolled at Chesapeake Science Point Elementary School ("CSPES") (ECF No. 32). The Court also notes that Plaintiff did not file a reply brief after Defendants reiterated, among other things, that "[j]ust as the June 2025 policy provided families with the option of obtaining a school-issued rental device rather than providing a personal device, the 2026–2027 notice again expressly provides that school issued Chromebooks are available to rent for $100 per year, with that cost subject to waiver for families with documented financial needs." ECF No. 30 at 2; *see also id.* ("[T]he 2026–2027 notice does not require A.E. to provide a personal Chromebook, submit a personally owned device for configuration, or otherwise surrender any property or constitutional right as a condition of receiving an education.").

If Plaintiff wishes to pursue his motion for injunction pending appeal, within 14 days of this Order Plaintiff shall file a reply brief that both (1) explains why the motion should not be denied for the reasons stated in Defendants' response brief and (2) further

addresses whether the motion should be denied as moot in light of A.E.'s withdrawal from CSPES. A failure to do so will result in the motion being denied as moot.

Dated: September 23, 2026

*/s/*
Adam B. Abelson
United States District Judge